**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Amilcar Chuc, Luis Velazquez, and Joel Quintanilla Madrid<br><br>       Plaintiffs,<br><br>v.<br><br>Bell Contracting NY Inc. and Arif Bashir<br>       Defendants. | Case No. 1:22-CV-5257<br><br>**STATUS REPORT** |

      Plaintiffs, by and through their attorney, Daniel I. Schlade, submits the following Status Report, and state:

      Service of process has proven very difficult in this case, however Plaintiffs' counsel is making progress. Plaintiffs have attempted to serve Defendants through a special process server on September 15, 2022; November 15, 16, 19, and 22; and February 2, 3, 11 and 17. Additionally, Plaintiffs' counsel has run skip traces for Defendants which yielded the same addresses that Plaintiff's counsel previously had in his possession and tendered to the special process server. Repeatedly, the special process server faced lock gates at the address and was unable to confirm any occupancy or the residency of Defendants.

      Although service of process has not yet been achieved, Plaintiff's counsel was able to obtain a phone number for Defendant Arif Bashir (who is the principle of Bell Contracting NY Inc.). On February 27, 2023, Arif Bashir confirmed his address (which is the same address where the process server was sent), and said that he was willing to make arrangements to accept service of process. He asked for a return phone call from Plaintiff's counsel on February 28, 2023, so that he could check his calendar and make appropriate arrangements.

In light of the foregoing, Plaintiffs request an additional 30 days to effectuate service of process on Defendants.

PLAINTIFFS Amilcar Chuc

s/Daniel I. Schlade
Attorney For Plaintiff

Daniel I. Schlade (Reg. No. 5916697)
Attorney For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
Email: dschlade@justicialaboral.com
　　　　danschlade@gmail.com